**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RAPID DEPLOYMENT PRODUCTS, INC., | : | No. 592 MAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| EMERGENCY PRODUCTS + RESEARCH, INC., | : | |
| | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.